In the Matter of the Estate of BECKIE GORDON, Deceased. RONALD SEARLES, as Ancillary Executor of BECKIE GORDON, Deceased, Appellant. MAX GORDON, Respondent.—Order, Surrogate's Court, New York County, entered on January 20, 1976, unanimously affirmed on the opinion of Di Falco, S. Respondent shall recover of appellant $60 costs and disbursements

of this appeal. Concur—Lupiano, J. P., Capozzoli, Lane, Markewich and Lynch, JJ.